UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at ASHLAND

Civil Action No. 14-132-HRW

JAMES HARRISON,                                                 PETITIONER,

v.                                  **ORDER**

GARY BECKSTROM, WARDEN,                       RESPONDENT.

      James Harrison filed a Petition for Writ of Habeas Corpus [Docket No. 1]. By Order entered on September 8, 2014, the undersigned deemed this matter as one seeking relief pursuant to 28 U.S.C. § 2254 [Docket No. 5]. The case was referred to United States Magistrate Judge J. Gregory Wehrman for a report and recommend.

      Magistrate Judge Wehrman recommends that the petition be transferred to the Sixth Circuit Court of Appeals to determine under 28 U.S.C. § 2244 whether Petitioner should be granted leave to file a second or subsequent § 2254 petition [Docket No. 15]

      Petitioner has filed objections [Docket No. 17]. The Court having reviewed the objections, as well as the record, finds nothing therein which would contradict or call into question the findings of the Magistrate. Thus, the Court shall adopt the report and recommendation as and for its own opinion.

      Accordingly, **IT IS HEREBY ORDERED** that the Magistrate Judge's report and recommendation [Docket No. 15] is hereby, **APPROVED and ADOPTED** as for the opinion of the Court. **IT IS FURTHER ORDERED** that the petition be **TRANSFERRED** to the Sixth Circuit Court of Appeals.

**IT IS FURTHER ORDERED** that the Motion for Reconsideration [Docket no. 18] be **OVERRULED**.

This 7th day of January 2015.

Signed By:
*Henry R. Wilhoit, Jr.*
United States District Judge

Henry R. Wilhoit, Jr., Senior Judge