UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at ASHLAND

Civil Action No. 14-132-HRW

JAMES HARRISON,                                                              PETITIONER,

v.                                              **ORDER**

GARY BECKSTROM, WARDEN ,                                        RESPONDENT.

     James Harrison filed a Petition for Writ of Habeas Corpus [Docket No. 1]. By Order entered on September 8, 2014, the undersigned deemed this matter as one seeking relief pursuant to 28 U.S.C. § 2254 [Docket No. 5]. The case was referred to United States Magistrate Judge J. Gregory Wehrman for a Report and Recommendation. Magistrate Judge Wehrman recommended that the petition be transferred to the Sixth Circuit Court of Appeals for a determination of under whether Petitioner should be granted leave to file a second or subsequent § 2254 petition [Docket No. 15]. The Sixth Circuit issued an order holding that though the petition was numerically second or more it was not truly successive, meaning that petitioner did not need the appellate court's permission to proceed in this Court [Docket No. 29]. Thereafter, this Court permitted the parties to file supplemental briefs withy regard to the Petition for Writ of Habeas Corpus . The briefs having been filed [Docket Nos. 37 and 41], the matter was, again, considered by Magistrate Judge Wehrman, who, recommends that the petition be denied [Docket No. 42].

     Petitioner has filed objections to the Report and Recommendation [Docket No. 49 and 50]. The Court having reviewed the objections, as well as the record, finds nothing therein which would contradict or call into question the findings of the Magistrate. Thus, the Court

shall adopt the report and recommendation as and for its own opinion.

Accordingly, **IT IS HEREBY ORDERED** that the Magistrate Judge's report and recommendation [Docket No. 15] is hereby, **APPROVED and ADOPTED** as for the opinion of the Court. **IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus [Docket No. 1] be **DENIED** and that this matter be **DISMISSED** and **STRICKEN** from the docket of this Court.

This 15th day of March, 2016.



Henry R. Wilhoit, Jr., Senior Judge